U.S. [DISTRICT COURT]
DISTRICT OF WYOMING

2012 JUN 21 AM 9 22

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> vs. <br><br> GUY J. BALDINO, and NATIONWIDE SUPPLY, INC., d/b/a BUSINESS OUTFITTERS, <br><br> Defendants. | 11-CV-362-F |

## SECOND AMENDED CLERK'S ENTRY OF DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's motion for default judgment against Defendants. It appearing from the Request for Default and accompanying affidavit filed herein by Plaintiff and from the record that the summons and complaint were properly served upon Defendants; and that Defendants have failed to answer or otherwise plead; and that the time for filing such answer or other pleading has expired and that Defendants are now in default. The Clerk of the Court previously entered an Entry of Default against Defendants. Plaintiff subsequently filed a motion for default judgment which included an affidavit showing the sum certain amount due.

NOW, THEREFORE, default judgment is hereby entered in favor of Plaintiff and against Defendants Guy J. Baldino and Nationwide Supply, Inc., d/b/a Business Outfitters. Defendants are ordered to pay Plaintiff $10,536.27, plus lost interest earnings of $1,836.85 to the participants of the Plan as set forth in the Declaration of Gregory W. Tronson in support of the Plaintiff's Motion for

Default Judgment. Additionally, post judgment interest shall accrue at the rate set for federal civil judgments, pursuant to 28 U.S.C. § 1961, and will be due and payable to the participants. Furthermore, Defendants Guy J. Baldino and Nationwide Supply, Inc. d/b/a Business Outfitters are jointly and severally liable for the dollar amounts set forth herein to participants of the Nationwide Supply, Inc. Simple IRA plan. Each party shall bear his or its own costs, fees, and other expenses incurred by such party in connection with any stage of this proceeding.

DATED this 21st day of June, 2012.

STEPHAN HARRIS
Clerk of Court

By: _____
Deputy Clerk