CHRISTOPHER A. CROFTS
United Stated Attorney
MARK A. KLAASSEN (WY Bar #6-4511)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003
Telephone: 307-772-2124
Facsimile: 307-772-2907
mark.klaassen@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUL 30 PM 2 44

STEPHAN HARRIS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF WYOMING

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>GUY L. BALDINO, and NATIONWIDE SUPPLY, INC., d/b/a BUSINESS OUTFITTERS,<br><br>Defendant. | Civil Action No. 11-CV-362-NDF |

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy and cancel said Judgment of record.

DATED this 30th day of July, 2014.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
MARK A. KLAASSEN
Assistant United States Attorney